IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UCHECHI AMUNEKE-NZE a/k/a ESTHER, | § § § | |
| Plaintiff, | § § | |
| V. | § § | 1:23-cv-336-DII |
| USAA and SARAH KLINE, | § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge

Susan Hightower concerning Plaintiff's Original Complaint, filed March 28, 2023, (Dkt. 1). (R. & R.,

Dkt. 7). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the

United States District Court for the Western District of Texas, Judge Hightower issued the report

and recommendation on May 30, 2023. (*Id.*). As of the date of this order, no party has filed

objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a

magistrate judge's proposed findings and recommendations within fourteen days after being served

with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district

court. When no objections are timely filed, a district court reviews the magistrate's report and

recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely

objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of

the record in order to accept the recommendation.").

Because no party has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 7), is **ADOPTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Procedure 41(b).

**SIGNED** on July 5, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2